In the Matter of the Application of JONAT GARAGE CORPORATION, Respondent, for a Peremptory Order of Mandamus against SAMUEL FASSLER, as Commissioner of Buildings of the Borough of Manhattan, City of New York, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ROSE SHERMAN, Appellant, v. HARRY SHERMAN, Respondent.— Orders reversed, with twenty dollars costs and disbursements, and matter referred to official referee; defendant to pay plaintiff thirty-five dollars a week beginning August 15, 1934, and continue such payments until entry of an order determining the motion. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BEN BIMBERG & CO., INC., and Others, Respondents, v. UNITY COAT & APRON CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [150 Misc. 836.]

In the Matter of the Application of HENRY P. LYLE, Appellant, for a Peremptory Order of Mandamus against GEORGE J. RYAN, President, and Others, Constituting the Board of Education of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Supplementary Proceedings: OSCAR BROWN, as Administrator, etc., of EMMA G. TOWNSHEND, Deceased, Judgment Creditor, Respondent, v. MARY T. RENNARD, Judgment Debtor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUISE ROCHE BURBANK, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

INTRA-STATE INVESTORS CORPORATION, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LILYAN KATZ, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of VERA ULIVELLI, Respondent, v. WILLIAM JORALEMON, JR. (Correct Name) WILLIAM WELLS JORALEMON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARK RAFALSKY & COMPANY, Appellant, v. MABEL G. NEWMAN, Respondent. — Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WARNER-QUINLAN COMPANY, Respondent, v. HARTOL PRODUCTS CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

A. W. GERSTNER COMPANY, Appellant, v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.